IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1191-RPM-OES

DOMINIQUE DIXON,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE and
JOHN E. POTTER, Postmaster General of the United States Postal Service

    Defendants

---

### ORDER RE: MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR MORE DEFINITE STATEMENT

---

Having reviewed Defendants' MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR MORE DEFINITE STATEMENT, any Response or Reply thereto, and being duly advised, this Honorable Court finds that Defendant's MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR MORE DEFINITE STATEMENT should be and hereby is GRANTED.

Defendant's MOTION FOR MORE DEFINITE STATEMENT is hereby WITHDRAWN, without prejudice, by Defendants.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge

October 17, 2005