IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01191-BNB-OES

DOMANIQUE DIXON,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, and
JOHN E. POTTER, Postmaster General of the United States Postal Service,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Defendants' Partial Motion to Dismiss** [Doc. # 8, filed 9/16/05] (the "Partial

Motion to Dismiss");

(2)     **Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1)** [Doc.

# 16, filed 11/15/05] (the "Motion to Dismiss"); and

(3)     Plaintiff's **Motion to Amend Complaint** [Doc. # 25, filed 1/16/06] (the "Motion

to Amend").

The parties appeared this afternoon for a scheduling conference, and we discussed these

motions at that conference.  In summary and for the reasons stated on the record at the scheduling

conference:

IT IS ORDERED that the Partial Motion to Dismiss and the Motion to Dismiss are

DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Amend is DENIED WITHOUT

PREJUDICE.

IT IS FURTHER ORDERED that the plaintiff shall file a renewed motion to amend, if at

all, on or before **February 3, 2006**.

IT IS FURTHER ORDERED that the defendant shall answer or otherwise respond to the

extant complaint at the later of February 15, 2006, or within 10 days after a ruling on the

plaintiff's motion to amend the complaint, if one is filed.

DATED January 23, 2006.

BY THE COURT:


    s/ Boyd N. Boland
United States Magistrate Judge