IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01191-BNB-PAC

DOMANIQUE DIXON,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, and
JOHN E. POTTER, Postmaster General of the United States Postal Service,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Amended Motion to Amend Complaint** [Doc. # 33, filed 2/3/06] (the "Motion to Amend").  I set the Motion to Amend for hearing on February 27, 2006, at 9:30 a.m.  Counsel for the defendants appeared at the hearing, but plaintiff's counsel did not.  Consequently, I took the Motion to Amend under advisement.  Now having considered the motion and related briefs, the Motion to Amend is GRANTED.

The plaintiff seeks leave to amend the complaint "to include claims under the Rehabilitation Act, procedural due process, and Title VII."  Motion to Amend, p.1.  The defendant resists amendment, arguing that the proposed amendments are futile because the claims have not been exhausted and/or are time barred.

I cannot say as a matter of law and on the record now before me that the proposed amendments are futile.  Consequently,

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 33-2, filed 2/3/06], a copy of which is submitted with the Motion to Amend.

IT IS FURTHER ORDERED that the defendants shall respond to the Amended Complaint within 10 days.

DATED March 3, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge