IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01191-BNB-PAC

DOMANIQUE DIXON,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, and
JOHN E. POTTER, Postmaster General of the United States Postal Service,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion to Stay Discovery** [Doc. # 47, filed 4/20/06] (the "Motion"). The Motion requests that I stay discovery pending a ruling on the *Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint* [Doc. # 43, filed 3/24/06]. All of the parties request the stay, arguing that such a procedure will promote judicial economy and economy of the parties.

IT IS ORDERED that the Motion is GRANTED. Discovery is STAYED pending the resolution of the defendants' motion to dismiss.

DATED April 24, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge