IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01191-BNB-PAC

DOMANIQUE DIXON,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, and
JOHN E. POTTER, Postmaster General of the United States Postal Service,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Lift Stay of Discovery, Extend Dispositive Motion Cut-Off Date, and Continue Final Pretrial Conference and Trial** [Doc. # 56, filed 10/27/2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART as follows:

(1)     The pretrial conference on January 16, 2007, at 9:00 a.m., and the trial commencing February 12, 2007, are VACATED; and

(2)     A status conference to consider all other scheduling issues, including the discovery cut-off and dispositive motion deadline, is set for **December 19, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

DATED November 3, 2006.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge