IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01191-BNB-PAC

DOMANIQUE DIXON,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, and
JOHN E. POTTER, Postmaster General of the United States Postal Service,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference.  Consistent with matters discussed this morning:

IT IS ORDERED that the stay of discovery previously entered is DISSOLVED.

IT IS FURTHER ORDERED that the Scheduling Order entered on January 23, 2006, is modified to the following extent:

      **Discovery Cut-Off:**      **June 15, 2007**

      (All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

      **Dispositive Motions Deadline:**      **July 13, 2007**

      **Expert Disclosures:**

      **(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 16, 2007**

      **(b)**    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 16, 2007**

    **Final Pretrial Conference:**   A final pretrial conference will be held in this case on **September 18, 2007, at 9:00 a.m.**  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **September 11, 2007**.

    Dated December 19, 2006.

                                                    BY THE COURT:

                                                 s/ Boyd N. Boland
                                               United States Magistrate Judge