IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 05-cv-01191-BNB-PAC | Date: July 18, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

DOMANIQUE DIXON,                                           Gabriel Schwartz

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE,               Michael Johnson
and JOHN E. POTTER,                                          Terry Clark
Postmaster General of the United
States, CEO

        Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     4:03 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendants' motion for protective order(6/21/07 #66) is granted for reasons stated on the record.

**ORDERED:** Defendants' oral motion to extend the dispositive motion deadline is denied for reasons stated on the record.

Court in Recess     4:16 p.m.     Hearing concluded.

Total time in court:     00:13